# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ISAAC A. POTTER, JR., and SAMUEL POTTER,**

          **Plaintiffs,**

**-vs-**                                                **Case No. 6:05-cv-873-Orl-22KRS**

**INVENTION SUBMISSION CORPORATION and PHILIP ADELBERG,**

          **Defendants.**

## AMENDED REPORT AND RECOMMENDATION

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES (Doc. No. 2)**
>
> **FILED:** July 13, 2005
>
> **THEREON** it is **RECOMMENDED** that the motion be **DENIED**.

On June 13, 2005, the plaintiffs, appearing *pro se*, filed their original complaint, along with the present motion for leave to proceed *in forma pauperis*, doc. no. 2. Subsequently, on June 16, 2005, I issued a report and recommendation that the motion be denied and that the complaint be dismissed. Doc. No. 3. On June 22, 2005, the plaintiffs filed an amended complaint. Doc. No. 4. While the amended complaint contains a more complete statement of some basis for the claims for trademark and copyright infringement, the remaining claims remain inadequate for the reasons

stated in my original Report and Recommendation, which I adopt by reference herein. Furthermore, the amended complaint alleges that the named plaintiffs, Isaac A. Potter, Jr. and Samuel J. Potter, "are a partnership." Doc. No. 4 at 1. Thereafter, the allegations of the complaint interchangeably use the terms "plaintiffs" and "plaintiff." It is difficult to determine, therefore, whether the claims are by the named plaintiffs individually or by a partnership composed of the plaintiffs. The complaint must state with specificity who brings which claims, and in what capacity, in order for the Court to assess, among other things, whether each plaintiff has standing.

Further complicating the matter, the motion to proceed *in forma pauperis* is signed only by Isaac A Potter, Jr. If the plaintiffs are proceeding individually, the affidavit supporting the motion is insufficient because it does not address the assets and liabilities of co-plaintiff Samuel J. Potter. If the plaintiff is a partnership, it cannot proceed *in forma pauperis*. *See Rowland v. Cal. Men's Colony*, 506 U.S. 194, 210-12 (1993).

Accordingly, I recommend that the Court dismiss the amended complaint, deny the application to proceed *in forma pauperis,* and give the plaintiff or plaintiffs one final opportunity to file an amended complaint. The amended complaint shall specifically identify each plaintiff and the capacity under which each plaintiff brings the lawsuit (that is, whether individually or as a partnership), the rights each plaintiff claims in the trademark and copyright registrations underlying the Lanham Act and Copyright Act claims, and the parties to the contract that was allegedly breached. Each claim for relief (that is, violation of the Lanham Act, violation of the Copyright Act, breach of contract, etc.) shall be set forth in a separately number "Count" of the complaint, rather than grouped together in one narrative statement. Fed. R. Civ. P. 8. Each Count

of the complaint shall identify only the defendant or defendants against whom the claim alleged in the Count is made. If the amended complaint is brought by individual plaintiffs only, each individual plaintiff may file a renewed a motion to proceed *in forma pauperis* supported by an affidavit showing both the plaintiff's assets and liabilities. *See Martinez v. Kristi Kleaners, Inc.*, 364 F.3d 1305, 1308 (11th Cir. 2004).

Accordingly, I respectfully recommend that the Court dismiss the complaint for failure adequately to state claims on which relief can be granted, *see* 28 U.S.C. § 1915(e), and deny the pending motion as moot. The Court should give the plaintiff(s) leave to file an amended complaint that complies with the law and the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** in Orlando, Florida on July 14, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties