**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**ISAAC A. POTTER, JR.,**

          **Plaintiffs,**

-vs-                   Case No.  6:05-cv-873-Orl-22KRS

**INVENTION SUBMISSION CORPORATION and
PHILIP ADELBERG,**

          **Defendants.**
_____

**REPORT AND RECOMMENDATION**

**TO THE UNITED STATES DISTRICT COURT**

   This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**  **APPLICATION TO PROCEED WITHOUT THE PREPAYMENT OF FEES (Doc. No. 8)**
>
> **FILED:**   **August 22, 2005**
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **DENIED**.

   The present motion is Plaintiff Isaac A. Potter, Jr.'s third attempt to obtain leave to proceed *in forma pauperis*. On June 13, 2005, Plaintiffs Isaac A. Potter, Jr. and Samuel J. Potter filed a complaint alleging vague copyright and trademark infringement claims, and the first *in forma pauperis* motion. Doc. Nos. 1-2. I recommended that the Court deny the motion and dismiss the complaint as frivolous pursuant to 28 U.S.C. § 1915(e). Doc. No. 3. Before the Court had an opportunity to act on my recommendation, Plaintiff Isaac A. Potter, Jr., filed an amended complaint removing Samuel Potter as a plaintiff. Doc. No. 4. I subsequently recommended that the Court dismiss that complaint for the reasons stated in my previous report and recommendation, doc. no. 3, and for deficiencies

regarding the descriptions of the parties in the original complaint. Doc. No. 5. On July 21, 2005, Isaac A. Potter filed yet another amended complaint. Doc. No. 6.

Next, on August 17, 2005, the presiding district judge, the Honorable Anne C. Conway, entered an order denying Potter's pending *in forma pauperis* motion and ordering him to file a revised motion "showing both assets and liabilities." Doc. No. 7. Judge Conway's order admonished that failure to file the renewed *in forma pauperis* motion would "result in dismissal of this action without further notice." *Id.* The revised motion sets out Potter's weekly income and lists people who depend on him for support, but it does not set out his liabilities. Therefore, the present motion did not comply with Judge Conway's order, and it does not provide sufficient information for the Court to determine whether Potter is a pauper.

Accordingly, it is **RECOMMENDED** that the Court **DENY** Potter's Application to Proceed Without the Prepayment of Fees, doc. no. 8, **DISMISS** this case, and, thereafter, order the clerk of court to close the file.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on August 23, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party

Courtroom Deputy