# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ISAAC A. POTTER, JR.,**

                      **Plaintiff,**

**-vs-**                                          **Case No.  6:05-cv-873-Orl-22KRS**

**INVENTION SUBMISSION
CORPORATION, et al.,**

                      **Defendants.**

_____

## ORDER

This cause is before the Court on the Application to Proceed Without Prepayment of Fees (Doc. No. 8) filed on August 22, 2005.

The United States Magistrate Judge has submitted a Report recommending that the Motion be denied, and the case be dismissed.

After an independent *de novo* review of the record in this matter, including the objections filed by the Plaintiff, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1.      The Report and Recommendation filed August 23, 2005 (Doc. No. 9) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.      The Application to Proceed Without the Prepayment of Fees (Doc. No. 8) is **DENIED**.

3.      The Clerk is directed to **CLOSE** the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on September 22, 2005.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party